US District Court
District of Massachusetts
Honorable Magistrate of Hon.

Gregory Arthur Weiler II,)
)
Plaintiff,       )
)   Charges Filed: Fraud, Libel, &
v.               )   Slander
)
The Catholic     )
Church of Rome,  )
)
Defendant        )

## Notice of Delay

13 years have passed or will have passed, to the day, of this filing's actual uptake in court & I, Gregory agree it is 13 years as burden of proof that one Jesus Christ is in default.

To prove it a sign or three is in order that in fact I, Gregory Arthur Weiler II have defeated Jesus Christ in his attempted Return by executing his lifefires (soulfires, spiritfires, & other fires) : in the Name of

America & The God of America namely God & I, Gregory certifying that our God yes The God of America is of greater power than the God of Israel will do signs against Israel & The Vatican to prove this that The God of Fire Magick, Gregory My Father is the God of America.

And so this is what The God of America, yes The God of Fire Magick, Gregory, says to Israel: "You believe God to be greater than all magick while being a practicer of magick so I The God of America will send a winter tornado to you, Israel, & I will then cover you in a blizard, & then I will send an earthquake to you in Jerusalem. Then you will know the Violet Mageskill & 2 Green Mageskills were from America & My Son Gregory to demonstrate Israel & The Church have no binding authority in Heaven any longer."

To further demonstrate that the God of America is The God of Fae Magick & that He is not Gregory's bodily father nor does Gregory's natural father have any say over Gregory for He be God The Son of Gregory of Fae Magick religion this is what The God of America says to The Catholic Church of Rome: "I have seen you use magick when saying magick isn't real. Therefore this is what I Gregory am going to do, I am going to strike The Vatican with lightning 3 times signifying it is falling from Heaven, Earth, & Hell in to the Netherrealm. I The God of America will do this to show your angels can no longer protect you or Israel, for Gregory Arthur Weir II My son did a violet nigredo on Israel & 2 green stones & fires burned which means you are condemned by Nature."

Therefore this Notice of Delay is to show these proceedings have been filed appropriately at the right time to demonstrate that 14 years will pass while this court is in session from 3/11/11 to 3/11/25 to demonstrate that in no way has Jesus Christ any ability to return.

Also the charges must show lack of proof to even begin. Let us begin.

### Evidence for The Record

I possess on the record two social media screen-offs, one deleted one not deleted to my knowledge demonstrating I, Gregory Arthur Weiler II did The Two Witnesses testimony in 2011 & did The Two Beasts' testimony beginning in 2014 ending in 2021 after making violent the fall or greatly the fall on Israel. To prove of the prior signs give evidence of Recklepoy's fraud, so watch now