# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GREGORY ARTHUR WEILER, II

Plaintiff, v.

THE CATHOLIC CHURH OF ROME,

Defendant,

CIVIL ACTION NO. 22-12085-AK

## ORDER OF DISMISSAL

KELLEY, D. J.

In accordance with the Court's Electronic Order dated January 31, 2023 (ECF No. 7), it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

January 31, 2023
Date

/s/ Daniel C. Hohler
Deputy Clerk